# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Rebecca Bowen | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-CV-48 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendant Commissioner and against Plaintiff; Affirming Commissioner's decision that Plaintiff was not disabled and , therefore, not entitled to benefits under the Social Security Act .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 9/26/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*